KEVIN WEST et al., Appellants, v 332 EAST 84TH OWNERS CORP., Respondent. [889 NYS2d 449]

The record raises no issues of fact whether the board's reason for denying plaintiffs' request to construct a new bathroom in

their apartment, i.e., that it would violate a recently enacted building policy to prohibit "wet" construction over "dry" space, was legitimately related to the welfare of the cooperative and therefore a reasonable basis for withholding consent (*see Seven Park Ave. Corp. v Green*, 277 AD2d 123 [2000], *lv denied* 96 NY2d 853 [2001]; *Rosenthal v One Hudson Park*, 269 AD2d 144 [2000]). Plaintiffs submitted no evidence that the space below the proposed bathroom was not "dry" or that the policy prohibiting "wet-over-dry" construction was unreasonable or applied in an arbitrary or discriminatory manner. Concur— Gonzalez, P.J., Friedman, McGuire, DeGrasse and Manzanet-Daniels, JJ.